UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Elizabeth Alice Boeddeker,                              Bky. Case No. 18-60069

        Debtor.

### ORDER FOR APPEARANCE AT CONTINUED MEDIATION

Continued mediation in the above-captioned matter will resume on **December 26, 2018 at 9:00 a.m.** in Courtroom 2B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101, before Judge William J. Fisher.  **Please note that only the Debtor, Elizabeth Alice Boeddeker, and William P. Kain, counsel for Ms. Boeddeker, are required to appear in person.  Erik Ahlgren, Trustee, may be available by telephone – he is not required to appear in person.**  If signed settlement papers are submitted to the Court prior to the continued mediation date, the continued mediation will be cancelled.

Dated: *December 19, 2018*

        /e/ William J. Fisher

        William J. Fisher
        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/19/2018*
Lori Vosejpka, Clerk, by LO

/e/ Gregory G. Kishel

United States Bankruptcy Court
District of Minnesota

In re:  
Elizabeth Alice Boeddeker  
      Debtor

Case No. 18-60069-MER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0864-6      User: loneil      Page 1 of 1      Date Rcvd: Dec 19, 2018  
                        Form ID: pdf111      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
db          +Elizabeth Alice Boeddeker,    1921 7th St N Apt 305,    Saint Cloud, MN 56303-3325  
aty         +Ahlgren Law Office,    220 W Washington Ave,    Ste 105,    Fergus Falls, MN 56537-2569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:  
          Erik    Ahlgren     trustee@prtel.com, MN23@ecfcbis.com  
          US Trustee     ustpregion12.mn.ecf@usdoj.gov  
          William P. Kain     on behalf of Debtor 1 Elizabeth Alice Boeddeker sonjaq@kainscott.com  
                                                                                                                   TOTAL: 3