# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Elizabeth Alice Boeddeker,                                                            Bky. Case No. 18-60069
                                                                                                   Chapter 7

        Debtor.

## NOTICE OF SETTLEMENT OR COMPROMISE

To: The United States Trustee, all creditors and other parties in interest.

On, **January 18, 2019,** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will settle a controversy as follows:

The Debtor filed for bankruptcy under Chapter 7 of the Bankruptcy Code on February 13, 2018. On Schedule C to her bankruptcy petition, the debtor claimed a $30,000 property settlement from her ex-husband exempt under 11 U.S.C. §522(d)(10)(D). The trustee objected to the debtor's claim of exemption, (Doc 10.) The debtor filed a response (Doc. 11). To avoid the costs and uncertainties of litigation, the Trustee and the Debtor have agreed to compromise their claims. The trustee and the debtor have reached an agreement whereby the Trustee will pursue collection of the amount owed by the Debtor's ex husband, Robert Eann Lambus pursuant to the divorce decree entered in Stearns County Court file 73-FA-16-5702. Proceeds from the amount collected will be distributed as follows: The first $5,000 will be retained by the Trustee on behalf of the bankruptcy estate. The remainder will be split with 50% going to the Debtor and 50% going to the Trustee on behalf of the bankruptcy estate. The trustee believes the settlement is in the best interest of the estate. If payment is not made or if this agreement is not approved by the bankruptcy court, the Trustee shall be entitled to reassert any and all claims.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 404 U.S. Courthouse | 300 So. 4th St. | |
| 515 W First St | Minneapolis, MN 55415 | |
| Duluth MN 55802 | | |

Dated: December 24, 2018                                      /e/ Erik A. Ahlgren
                                                                                       Erik A. Ahlgren, Trustee
                                                                                       220 W Washington Ave, Ste 105
                                                                                       Fergus Falls, MN  56537
                                                                                       218-998-2775
                                                                                       trustee@prtel.com