# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Elizabeth Alice Boeddeker,                              Bky. Case No. 18-60069
                                                        Chapter 7

      Debtor.

_____

## ORDER APPROVING SETTLEMENT OR COMPROMISE

This case came before the court on the trustee's Notice of Settlement or Compromise with the debtor.   Based upon the file,

IT IS ORDERED:

The settlement, as described in the Notice of Settlement (Docket No.27) dated December 24, 2018, is approved.

Dated:  *January 25, 2019*

                                              */e/ Michael E. Ridgway*
                                              United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/28/2019*
Lori Vosejpka, Clerk, by AMM