# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Elizabeth Alice Boeddeker,                                          Case No.: 18-60069
                                                                    Chapter 7

       Debtor.

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

1. Applicant Erik A. Ahlgren has been appointed Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist Trustee in carrying out the trustee's duties by bringing an action to foreclose on real estate and other actions to recover assets of the estate.

3. Robert L. Russell, and Russell Law Office., 220 W. Washington Ave, Ste 103, Fergus Falls, MN 56537 are qualified by reason of practice and experience to render such representation or assistance to the Trustee.

4. Proposed compensation and reimbursement of expenses is as follows: $300 per hour plus all out of pocket expenses.

5. Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee:  None

6. The trustee has made the following efforts to recover the asset prior to submitting this Application: Made demand to ex-spouse for payment of marital lien

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

Dated: May 28, 2019                          Signed: /e/   Erik A. Ahlgren
                                                     Erik A. Ahlgren, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Elizabeth Alice Boeddeker,                                         Case No.: 18-60069
                                                                                                              Chapter 7

            Debtor.

### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

    I, Robert L. Russell, of Russell Law Office, the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1.     I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2.     I do not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United State trustee, or any person employed in the offices of the United States Trustee, except for the following: None

Dated: May 28, 2019

_/s/ Robert L. Russell_
Robert L. Russell # 94523
Russell Law Office
220 W. Washington Ave. Ste. 103
Fergus Falls MN 56537
218-998-6400

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Elizabeth Alice Boeddeker,    Case No.: 18-60069

Chapter 7

Debtor.

## ORDER

The trustee's application to employ Robert L. Russell, of Russell Law Office as his attorneys came before the Court. Based on the application, the recommendation of the United States Trustee, and 11 United States Code §327,

**IT IS ORDERED:** The employment is approved.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE