# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>ELIZABETH ALICE BOEDDEKER | CASE NO: 18-60069<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 50 |

On 6/13/2025, I did cause a copy of the following documents, described below,

Notice of trustee's final report and applications for compensation and deadline to object (NFR) ECF Docket Reference No. 50

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/13/2025

/s/ Erik Ahlgren
Erik Ahlgren   191814

Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537
218 998 2775
hadley@ahlgrenlawoffice.net

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

ELIZABETH ALICE BOEDDEKER

CASE NO: 18-60069

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 50

On 6/13/2025, a copy of the following documents, described below,

Notice of trustee's final report and applications for compensation and deadline to object (NFR) ECF Docket Reference No. 50

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/13/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 18-60069
DISTRICT OF MINNESOTA
FRI JUN 13 9-24-57 PST 2025

FERGUS FALLS  ST PAUL
200 WARREN E BURGER FEDERAL BUILDING
AND
U S COURTHOUSE
316 N ROBERT ST
ST PAUL  MN 55101-1495

BANKAMERICA
PO BOX 982238
EL PASO TX 79998-2238

CAPITAL MANAGEMENT SERVICES
698 12 S OGDEN STREET
BUFFALO NY 14206-2317

CENTRAL MN MENTAL HEALTH
1321 N 13TH ST
SAINT CLOUD MN 56303-2613

COLLECTION RESOURCES
PO BOX 2270
SAINT CLOUD MN 56302-2270

(P)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

CREDIT MANAGEMENT LP
4200 INTERNATIONAL PKWY
CARROLLTON TX 75007-1912

CYNTHIA HEBEISEN
811 WEST MAIN ST APT 6B
ARLINGTON MN 55307-9573

DISCOVER BANK
DISCOVER PRODUCT INC
PO BOX 3025
NEW ALBANY  OH 43054-3025

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850-5316

ERC
PO BOX 23870
JACKSONVILLE FL 32241-3870

FINANCIAL RECOVERY
PO BOX 385908
MINNEAPOLIS MN 55438-5908

GRRL
1300 W ST GERMAIN STREET
SAINT CLOUD MN 56301-3414

GLELSISUN TRUST BANK
PO BOX 7860
MADISON WI 53707-7860

GRANITE CITY REAL ESTATE
58 10TH AVE SOUTH
WAITE PARK MN 56387-1055

HEALTH PARTNERS
PO BOX 1309
MINNEAPOLIS MN 55440-1309

LUND ROSS  PA
15 SIXTH AVE N
ST CLOUD  MN 56303-4746

LUND ROSS PA
15 6TH AVE N
SAINT CLOUD MN 56303-4746

MERCHANTILE
165 LAWRENCE BELL DRIVE
STE 100
BUFFALO NY 14221-7900

~~EXCLUDE~~
~~(U)METRO  PCS~~

MIDLAND FUNDING
2365 NORTHSIDE DR STE 30
SAN DIEGO CA 92108-2709

MUNICIPAL COLLECTIONS OF AMERI
3348 RIDGE RD
LANSING IL 60438-3291

NELNET
121 SOUTH 13TH STREET  SUITE 201
LINCOLN  NE 68508-1922

RESOURCE MANAGEMENT INC OF WI
2211 EAST CLAIREMONT AVENUE
PO BOX 1800
EAU CLAIRE WI 54702-1800

RESRCE MGMT
2211 EAST CLAIREMONT AVE
EAU CLAIRE WI 54701-4920

ST CLOUD MEDICAL GROUP
251 COUNTY ROAD 120
SAINT CLOUD MN 56303-4872

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

TD BANK  USA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248866
OKLAHOMA CITY  OK  73124-8866

TD BANK USATARGETCRED
PO BOX 673
MINNEAPOLIS MN 55440-0673

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS  MN 55415-3070

UNIQUE NATIONAL
119 E MAPLE ST
JEFFERSONVILLE IN 47130-3439

WELLS FARGO
PO BOX6995
PORTLAND OR 97228-6995

DEBTOR
ELIZABETH ALICE BOEDDEKER
1921 7TH ST N APT 305
SAINT CLOUD  MN 56303-3325

EXCLUDE
ERIK AHLGREN
AHLGREN LAW OFFICE
220 W WASHINGTON AVE
SUITE 105
FERGUS FALLS  MN 56537-2569

ROBERT EANN LAMBUS
434 14TH AVENUE NORTH
ST CLOUD  MN 56303-3941

EXCLUDE
WILLIAM P KAIN
KAIN  HENEHAN  LLC
808 WEST ST GERMAIN STREET
PO BOX 1537
SAINT CLOUD  MN 56302-1537